IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CORY WARE,<br><br>    Plaintiff<br><br>v.<br><br>MATT HILLIARD, ET AL.<br><br>    Defendants | § § § § § § § § § § § § §<br><br>Case No. 5:20-cv-00059 |

**ORDER**

The Plaintiff Cory Ware, proceeding *pro se*, filed this lawsuit under 42 U.S.C. §1983. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3).

Plaintiff has asked that his lawsuit be dismissed, and the Magistrate Judge issued a Report recommending this request be granted. Docket No. 16. Plaintiff received a copy of the Report on May 10, 2021, but no objections have been received. Docket No. 17. It is accordingly

**ORDERED** that the Report of the Magistrate Judge (Docket No. 16) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Plaintiff Cory Ware's motion to dismiss (Docket No. 15) is **GRANTED** and the above-styled civil action is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**So ORDERED and SIGNED this 3rd day of December, 2021.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE